Christopher Kim, Esq. (Bar No. 82080)
Lisa J. Yang, Esq. (Bar No. 208971)
**LIM, RUGER & KIM, LLP**
1055 W. 7th Street, Suite 2800
Los Angeles, California 90017
Telephone: (213) 955-9500
Fax:  (213) 955-9511
[Liaison Counsel for Plaintiffs]
email: christopher.kim@lrklawyers.com
        lisa.yang@lrklawyers.com

Richard S. Schiffrin, Esq.
Joseph H. Meltzer, Esq.
Edward W. Ciolko, Esq.
Edward W. Chang, Esq.
**SCHIFFRIN & BARROWAY, LLP**
280 King of Prussia Road
Radnor, Pennsylvania 19087
Telephone: (610) 667-7706
[Co-Lead Counsel for Plaintiffs]

Lynn Lincoln Sarko, Esq.
T. David Copley, Esq.
Gary A. Gotto, Esq.
**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
[Co-Lead Counsel for Plaintiffs]

FILED
CLERK, U.S. DISTRICT COURT

JAN 17 2006

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

P-SENT

**DENIED**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

IN RE SYNCOR ERISA LITIGATION

THIS DOCUMENT RELATES TO:
ALL ACTIONS

)
)
)
)
)
)
)
)
)
)
)

MASTER FILE: O3 CV 2446 (RGK)
[Assigned to Hon. R. Gary Klausner]

**NOTICE OF SETTLEMENT;
STIPULATION AND [PROPOSED]
ORDER RE: SETTLEMENT,
TAKING TRIAL DATE OFF-
CALENDAR, AND MOTIONS FOR
SUMMARY JUDGMENT**

DOCKETED ON CM

JAN 18 2006

BY                    001

231

LODGED

2006 JAN 11 PM 3:02
CLERK U.S. DIST. COURT
CENTRAL DIST. OF CA.
LOS ANGELES

LIM, RUGER & KIM, LLP

K:\1917\02\Sti
pulation re
settlement (1-
11-06) doc

1      WHEREAS, on or about February 24, 2004, Plaintiffs filed and served their

2  Consolidated Complaint in the current class action;

3      WHEREAS, all Defendants have filed their Answer to the Consolidated

4  Complaint;

5      WHEREAS, by this Court's Order issued on May 5, 2005, the Final Pretrial

6  Conference in this matter is set for January 23, 2006, and the trial in this matter is

7  set for February 7, 2006;

8      WHEREAS, the Court has taken Defendants Syncor International

9  Corporation, Robert Funari, and Monty Fu's Motions for Summary Judgment

10 under submission and no ruling on those Motions for Summary Judgment has been

11 issued to date;

12     WHEREAS, the Parties have agreed to settle this matter without the need to

13 proceed to trial, but this settlement will require preliminary approval by the Court,

14 notice to the class and a final approval hearing;

15     THEREFORE, the Parties stipulate and agree as follows:

16     1.     The Parties have reached a settlement of this matter, and have

17 executed a term sheet outlining the terms of settlement.

18     2.     The Parties shall prepare and execute a formal settlement agreement

19 to present to the Court for preliminary approval on or before January 25, 2006.

20     3.     The Parties jointly request that this Court not issue a ruling on the

21 Motions for Summary Judgment filed by Defendants Syncor International

22 Corporation, Robert Funari, and Monty Fu, which Motions were taken under

23 submission by the Court without hearing as scheduled on December 19, 2005;

24 //

25 //

26 //

27 //

28 //

LIM, RUGER & KIM, LLP

K:\1917\02\Sti
pulation re
settlement (1-
11-06).doc

4.   The Parties jointly request that this Court take all scheduled trial and pre-trial dates and deadlines off-calendar.

IT IS SO STIPULATED.

Dated: January 11, 2006

GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197

By: _Benjamin Zazove /RSY with permission_
Benjamin Zazove
Attorneys for Defendants SYNCOR
INTERNATIONAL CORPORATION and
ROBERT G. FUNARI

Dated: January 11, 2006

MCDERMOTT WILL & EMERY, LLP
2049 Century Park East Suite 3400
Los Angeles, CA 90067-3208

By: _Allan Schare /RSY with permission_
Allan Schare
Attorneys for Defendant MONTY FU

Dated: January 11, 2006

SCHIFFRIN & BARROWAY, LLP
Three Bala Plaza, Suite 400
Bala Cynwyd, PA 19004

KELLER ROHRBACK, L.L.P.
1201 Third Avenue Suite 3200
Seattle, Washington 98101-3052

LIM, RUGER & KIM, LLP
1055 Seventh Street, Suite 2800
Los Angeles, California 90017

By: _____
Lisa Yang
Attorneys for Plaintiff

LIM, RUGER & KIM, LLP

K:\1917\02\Stipulation re settlement (1-11-06).doc

1

## **ORDER**

2

3      The Parties having settled this matter, the Court orders as follows:

4      1.      The Parties shall prepare and execute a settlement agreement to

5  present to the Court for preliminary approval on or before January 25, 2006.

6      2.      The Court will not issue a ruling on the Motions for Summary

7  Judgment filed by Defendants Syncor International Corporation, Robert Funari,

8  and Monty Fu.

9      3.      The trial date, final pretrial conference date, and all deadlines

10  associated with the trial date are off-calendar.

11      IT IS SO ORDERED.

12

13  Dated: _____

14                                          HON. R. GARY KLAUSNER
                                            UNITED STATES DISTRICT JUDGE
15

16

17

18

19

20

21

22

23

24

25

26

27

28

*LIM, RUGER & KIM, LLP*

SCANNED

DENY AS MOOT

DENIED

K:\1917\02\Sti
pulation re
settlement (1-
11-06).doc

NOTICE OF SETTLEMENT; STIPULATION AND ORDER REGARDING TRIAL DATE AND MOTIONS
FOR SUMMARY JUDGMENT

# PROOF OF SERVICE

STATE OF CALIFORNIA    )
                       ) ss.
COUNTY OF LOS ANGELES  )

SCANNED

I am employed in the county of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 1055 West Seventh Street, Suite 2800, Los Angeles, California 90017.  On January 11, 2006, I served the foregoing document described as:

## NOTICE OF SETTLEMENT; STIPULATION AND [PROPOSED] ORDER RE: SETTLEMENT, TAKING TRIAL DATE OFF-CALENDAR, AND MOTIONS FOR SUMMARY JUDGMENT

__X__    by placing ___ the original __X__ a true copy thereof enclosed in sealed envelopes addressed as follows:

Daniel S. Floyd, Esq.
Benjamin L. Zazove, Esq.
Gibson, Dunn & Crutcher, LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Fax: (213) 229-6558
bzazove@gibsondunn.com

Gordon A. Greenberg, Esq.
Francisca Mok, Esq.
McDermott, Will & Emery
2049 Century Park East Suite 3400
Los Angeles, CA 90067-3208
Fax: (310) 277-4730
ggreenberg@mwe.com
aschare@mwe.com

Nancy G. Ross, Esq.
McDermott, Will & Emery
227 West Monroe Street, Suite 4400
Chicago, IL 60606-5096
Fax: (312) 984-7700
nross@mwe.com

Christopher Scheithauer, Esq.
McDermott, Will & Emery
18191 Von Karman Avenue, Suite 400
Irvine, CA 92612-7107
Fax: (949) 851-9348
cscheithauer@mwe.com

__X__   BY EMAIL: I caused each such document to be transmitted by PDF format, to the parties and email addresses indicated above.

__X__   (Federal)    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 11, 2006 at Los Angeles, California.

__Julie H. Yu__
Name

_____
Signature

LIM, RUGER & KIM, LLP

K:\1917\02\Sti
pulation re
settlement (1-
11-06).doc