Christopher Kim (Bar No. 82080)
Lisa J. Yang (Bar No. 208971)
**LIM, RUGER & KIM, LLP**
1055 W. 7th Street, Suite 2800
Los Angeles, California 90017
Telephone: (213) 955-9500
Fax:  (213) 955-9511
ckim@lrklawyers.com
lisayang@lrklawyers.com
[Liaison Counsel for Plaintiffs]

| | |
|---|---|
| Joseph H. Meltzer<br>Edward W. Ciolko<br>Mark K. Gyandoh<br>**SCHIFFRIN BARROWAY TOPAZ**<br>**& KESSLER, LLP**<br>280 King of Prussia Road<br>Radnor, Pennsylvania 19087<br>Telephone: (610) 667-7706<br>Fax: (610) 667-7056 | Lynn Lincoln Sarko<br>T. David Copley<br>Laura R. Gerber<br>**KELLER ROHRBACK L.L.P.**<br>1201 Third Avenue, Suite 3200<br>Seattle, Washington 98101-3052<br>Telephone: (206) 623-1900<br>Fax: (206) 623-3384 |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SYNCOR ERISA LITIGATION,<br><br>_____<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS<br>_____ | MASTER FILE: 03 CV 2446 (RGK)<br>(RCx)<br><br>**MOTION FOR FINAL APPROVAL**<br>**OF CLASS ACTION**<br>**SETTLEMENT**<br><br>Date:     October 6, 2008<br>Time:     9:00 a.m.<br>Dept.:    Courtroom 830<br>Judge:    Hon. R. Gary Klausner |

MOTION FOR FINAL APPROVAL
OF CLASS ACTION SETTLEMENT
Page 1

**NOTICE OF MOTION**

To all parties and their attorneys of record:

Please take notice that on October 6, 2008, at 9:00 a.m. or as soon thereafter as the matter may be heard before the Honorable R. Gary Klausner in Courtroom 830 of the United States District Court for the Central District of California, located at 312 N. Spring Street, Los Angeles, California, Plaintiffs will, and hereby do, make a Motion for Final Approval of a proposed Class Action Settlement, pursuant to Fed. R. Civ. P. 23(e).

This Motion is made on the grounds that this case has been settled, pending approval of the settlement as fair, reasonable and adequate pursuant to Fed. R. Civ. P. 23(e).

This Motion is unopposed.

This Motion is supported by the accompanying Memorandum of Points and Authorities, this Court's files, and any additional evidence that may be presented at the hearing on this matter.

Respectfully submitted this 29th day of September, 2008.

By: /s/ T. David Copley
Lynn Lincoln Sarko
T. David Copley
Laura Gerber
**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Tel: (206) 623-1900
Fax: (206) 623-3384
dcopley@kellerrohrback.com

MOTION FOR FINAL APPROVAL
OF CLASS ACTION SETTLEMENT
Page 2

Christopher Kim
Lisa J. Yang
**LIM, RUGER & KIM, LLP**
1055 West Seventh Street
Suite 2800
Los Angeles, California 90017
Tel: 213-955-9500
Fax: 213-955-9511

Joseph H. Meltzer
Edward W. Ciolko
Mark K. Gyandoh
**SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP**
280 King of Prussia Road
Radnor, Pennsylvania 19087
Tel: 610-667-7706
Fax: 610-667-7056

*Attorneys for Plaintiffs*